# CERTIFICATION

JACKSON

v

WLAT DISNEY PARKS AND RESORTS U.S., INC

CIVIL ACTION NO:

2:25-cv-03726-CFK

I, __MICHAEL J. HAWLEY__, co-counsel for __PLAINTIFF JACKSON__, do hereby certify:

[XX] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief; the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

[ ] Relief other than monetary damages is sought.

DATE: __JULY 21, 2025__

SIGNATURE: _____

ARBCERT3 (03/2019)