IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAY JACKSON | : | |
| | : | CIVIL ACTION |
| v. | : | No. 25-3726 |
| | : | |
| WALT DISNEY PARKS AND RESORTS U.S., INC. | : | |
| | : | |

## ORDER

This 1st day of October, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction, ECF 13, is **GRANTED**.  The Clerk is requested to mark this case closed for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge
